IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VANESSA L. NAISHA, | § | |
| | § | No. 295, 2022 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N19C-07-083 |
| GILEAD SCIENCES, INC., | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: June 23, 2023
Decided: August 16, 2023

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## **ORDER**

After consideration of the parties' briefs and the Superior Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its July 15, 2022 bench ruling granting the defendant's motion for summary judgment.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice